**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Derrick Lamarr DAVIS, Defendant—
Appellant.**

No. 04–10392.

D.C. No. CR–04–00051–RLH.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 24, 2005.

Timothy S. Vasquez, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Arthur L. Allen, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before BEEZER, HALL, and SILVERMAN, Circuit Judges.

## MEMORANDUM**

Derrick Lamarr Davis appeals his 6–month sentence imposed after the revocation of his term of supervised release. Davis was convicted of conspiracy to distribute cocaine. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Davis has filed a brief stating there are no grounds

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

for relief, and a motion to withdraw as counsel of record. Davis has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**